# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISALINDA PEREZ-JONES,<br><br>  Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; THE GOLDEN WEST FINANCIAL CORPORATION EMPLOYEE BENEFIT PLAN; DOES 1 THROUGH 10, inclusive,<br><br>  Defendants. | CASE No: CV 11-9518 JAK (AJWx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND THE GOLDEN WEST FINANCIAL CORPORATION EMPLOYEE BENEFIT PLAN AND AGAINST PLAINTIFF ISALINDA PEREZ-JONES**   JS-6 |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendants, Liberty Life Assurance Company of Boston and the Golden West Financial Corporation Employee Benefit Plan, and against Plaintiff Isalinda Perez-Jones. Plaintiff Perez-Jones shall take nothing from either Defendant.

Dated: March 11, 2014

_____
Honorable John A. Kronstadt,
United States District Judge